# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                     DOCKET No. 07 CV 5830

---

ASHLEY GRANATA AND AUTUM DEVA GINSBURG
                *Plaintiff,*

-against-

JERRY JACOBS, ALAN ROSEN, 358 BROADWAY LLC, AND 358 BROADWAY REALTY, LLC

                *Defendants,*

---

State of New York)
County of New York)     ss.:

    **Joe Matos**, being duly sworn deposes and says:

    I am not a party to the action, am over 18 years of age and reside in **New York County in the State of New York.**

    On **June 22nd, 2007 at 9:42am**, I personally served a true copy of a **Civil Cover Sheet and Summons and Complaint.**

    I, by delivering there at a true copy to a **Zenaida Ulibas (Female, White skin, Black hair, Glasses, 40–45 years old, 5'3"-5'6", 110-140 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to recipient at establishment named and described below and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York on Monday, June 25, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL;

**Mr. Alan Rosen**
**358 Broadway, LLC**
**Seven Penn Plaza, Suite 222**
**New York, New York 10008**

    I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Monday, June 25, 2007

LISETTE REYES
Commissioner of Deeds
City of New York - No. 4-6822
Certificate Filed in Queens County
Commission Expires _____, 2008

Process Server Signature

1097629
License Number

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCKET No. 07 CV 5830

ASHLEY GRANATA AND AUTUM DEVA GINSBURG
*Plaintiff,*

-*against*-

JERRY JACOBS, ALAN ROSEN, 358 BROADWAY LLC, AND 358 BROADWAY REALTY, LLC

*Defendants,*

State of New York)
County of New York)  ss.:

Joe Matos, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside in **New York County in the State of New York.**

On **June 22nd, 2007 at 10:42am**, I personally served a true copy of a **Civil Cover Sheet and Summons and Complaint.**

I, by delivering there at a true copy to a **Nadira Sharma (Female, White skin, Black hair, 30-35 years old, 5'9"-6'0", 110-140 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

**358 Broadway Realty, LLC**
**c/o Silberberg & Kirschner, LLP**
**380 Lexington Avenue, 17th Floor**
**New York, New York 11216**

I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Monday, June 25, 2007

_____
LISETTE REYES
Commissioner of Deeds
City of New York - No. 4-6822
Certificate Filed in Queens County
Commission Expires _____, 20__

_____
Process Server Signature

1097629
License Number

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                   DOCKET No. 07 CV 5830

ASHLEY GRANATA AND AUTUM DEVA GINSBURG
                        *Plaintiff,*

-against-

JERRY JACOBS, ALAN ROSEN, 358 BROADWAY LLC, AND 358 BROADWAY REALTY, LLC

                        *Defendants,*

State of New York)
County of New York)    ss.:

    **Joe Matos**, being duly sworn deposes and says:

    I am not a party to the action, am over 18 years of age and reside in **New York County in the State of New York.**

    On **June 22nd, 2007 at 11:17am**, I personally served a true copy of a **Civil Cover Sheet and Summons and Complaint.**

    I, by delivering there at a true copy to a **Sherry Jones (Female, Brown skin, Black hair, 30-35 years old, 5'6"-5'9", 140-170 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

358 Broadway Realty, LLC
c/o Mark N. Axinn, Esq.
Brill & Meisel
845 Third Avenue, 16th Floor
New York, New York 10022

    I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Monday, June 25, 2007

_____
LISETTE REYES
Commissioner of Deeds
City of New York - No. 4-6822
Certificate Filed in Queens County
Commission Expires _____ 20__

_____
Process Server Signature

/097629
License Number

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCKET No. 07 CV 5830

ASHLEY GRANATA AND AUTUM DEVA GINSBURG
*Plaintiff,*

-*against*-

JERRY JACOBS, ALAN ROSEN, 358 BROADWAY LLC, AND 358 BROADWAY REALTY, LLC

*Defendants,*

State of New York)
County of New York)   ss.:

**Joe Matos**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside in **New York County in the State of New York**.

On **June 22nd, 2007 at 9:42am**, I personally served a true copy of a **Civil Cover Sheet and Summons and Complaint**.

I, by delivering there at a true copy to a **Zenaida Ulibas (Female, White skin, Black hair, Glasses, 40-45 years old, 5'3"-5'6", 110-140 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

Deponent enclosed a copy of same in a postpaid wrapper properly addressed to recipient at establishment named and described below and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York on Monday, June 25, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL;

Mr. Jerry Jacobs
358 Broadway, LLC
Seven Penn Plaza, Suite 222
New York, New York 10008

I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Monday, June 25, 2007

LISETTE REYES
Commissioner of Deeds
City of New York - No. 4-6822
Certificate Filed in Queens County
Commission Expires OCT, 20_08

Process Server Signature

109 7629
License Number