**BRILL & MEISEL**
Ashley Normand (AN-1564)
845 Third Ave., 16th Floor
New York, New York 10022
(212) 753-5599
*Attorneys for Defendants Jerry Jacobs,*
*Alan Rosen and 358 Broadway LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ASHLEY GRANATA and AUTUMN DEVA      :
GINSBURG,                           :
                                    :
                    Plaintiffs,     :    Case No. 07 CV 5830 (CM)
                                    :    (electronically filed)
        v.                          :
                                    :    **NOTICE OF APPEARANCE**
JERRY JACOBS, ALAN ROSEN,           :
358 BROADWAY LLC, and 358 BROADWAY  :
REALTY, LLC,                        :
                                    :
                    Defendants.     :
-------------------------------------------------------------------X

To the Clerk of this court and all parties of record:

PLEASE TAKE NOTICE that the undersigned firm hereby appears in this action on behalf of the defendants Jerry Jacobs, Alan Rosen and 358 Broadway LLC and demands that a copy of all papers and proceedings be directed to the address listed below. I hereby certify that I am admitted to practice in this court.

Dated:  New York, New York
        July 9, 2007

                                                **BRILL & MEISEL**
                                                Attorneys for Defendants
                                                *Jerry Jacobs, Alan Rosen and*
                                                *358 Broadway LLC*

                                                By:_/S_____
                                                    Ashley Normand (AN-1564)
                                                   845 Third Avenue, 16th Floor
                                                   New York, New York 10022
                                                   (212) 753-5599