**BRILL & MEISEL**
845 Third Ave., 16th Floor
New York, New York 10022
(212) 753-5599
*Attorneys for Defendants Jerry Jacobs,*
*Alan Rosen and 358 Broadway LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ASHLEY GRANATA and AUTUMN DEVA      :
GINSBURG,                            :
                                     :
                   Plaintiffs,       :    Case No. 07 CV 5830 (CM)
                                     :    (electronically filed)
         v.                          :
                                     :    **RULE 7.1 STATEMENT**
JERRY JACOBS, ALAN ROSEN,            :
358 BROADWAY LLC, and 358 BROADWAY   :
REALTY, LLC,                         :
                                     :
                   Defendants.       :
-----------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for defendant 358 Broadway LLC (a private-non-governmental party) certifies that such defendant has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       July 9, 2007

                                          Respectfully Submitted,

                                          BRILL & MEISEL
                                          *Attorneys for Defendants 358 Broadway*
                                          *LLC, Jerry Jacobs and Alan Rosen*

                                          By:_/S_____
                                             Mark N. Axinn (MA-4958)
                                          845 Third Avenue, 16th Floor
                                          New York, New York 10022
                                          (212) 753-5599