Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
ASHLEY GRANATA and
AUTUMN DEVA GINSBURG,

                      Plaintiffs,                  **AFFIDAVIT OF SERVICE**

                                            07·civ·5830

            v.

JERRY JACOBS, ALAN ROSEN,
358 BROADWAY LLC &
358 BROADWAY REALTY, LLC,

                      Defendants.
———————————————————————X

      Patricia Hutson, duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York

      That on the 20th day of June, 2007, deponent served the within **SUMMONS AND COMPLAINT UPON:**

| | |
|---|---|
| Mr. Jerry Jacobs<br>358 Broadway, LLC<br>Seven Penn Plaza, Ste. 222<br>New York, NY 10008 | 358 Broadway, LLC<br>c/o Mark N. Axinn, Esq.<br>Brill & Meisel<br>488 Madison Avenue<br>New York, NY 10022 |
| Mr. Alan Rosen<br>358 Broadway, LLC<br>Seven Penn Plaza, Ste. 222<br>New York, NY 10008 | 358 Broadway Realty, LLC<br>c/o Silberberg & Kirschner, LLP<br>600 Third Avenue, 25th Floor<br>New York, NY 10016 |

at the address designated by said attorney for that purpose by depositing true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                        Patricia Hutson

Sworn to before me this
   day of June, 2007

Notary Public

Kimberly Romeo
Notary Public, State of New York
No. 01RO6105142
Qualified in Westchester County
Commission Expires February 2, 2008