

B 307—Thirty Days Notice Terminating Monthly Tenancy or Tenancy from Month to Month; 3-82 (In N.Y.C. serve in same manner as a Notice of Petition)

© 1974 BY JULIUS BLUMBERG, INC., PUBLISHER
82 WHITE STREET, NEW YORK, N.Y. 10013

May 15, 2007

*Re: Premises:*

All rooms third floor side *Apt. No.* 3A
at 358 Broadway, New York, New York 10013
used for ☐ Business ☒ Dwelling purposes.

TO:

| *Tenant* | *and,* *Undertenant\** |
|---|---|
| Deva Ginsberg | Jane Doe |
| 358 Broadway, Apartment 3A | 358 Broadway, Apartment 3A |
| New York, New York | New York, New York 10013 |

*First name of Tenant and/or Undertenant being fictitious and unknown to petitioner, person intended being in possession of the premises herein described*

or assigns, and every person in possession of the premises.

You are hereby notified that the Landlord elects to terminate your tenancy of the above described premises now held by you under monthly hiring. Unless you remove from the said premises on June 30, 2007, the day on which your term expires, the Landlord will commence summary proceedings under the Statute to remove you from said premises for the holding over after the expiration of your term and will demand the value of your use and occupancy of the premises during such holding over.

*Dated:* New York, New York
May 15, 2007

358 BROADWAY LLC ..........................Landlord

By: [signature] ..........................Agent

7 Penn Plaza, Suite 222 ..........................Address
New York, New York 10001

\* Use window envelope if mailed to tenant.
  Use ordinary envelope if mailed to undertenant.



B 307—Thirty Days Notice Terminating Monthly Tenancy or Tenancy from Month to Month : 3-82 (In N.Y.C. serve in same manner as Notice of Petition)

© 1974 BY JULIUS BLUMBERG, INC., PUBLISHER
62 WHITE STREET, NEW YORK, N.Y. 10013

May 15, 2007

Re: Premises:

All rooms  third floor  side  Apt. No. 3A
at 358 Broadway, New York, New York 10013
used for  ☐ Business  ☒ Dwelling purposes.

TO:

| Tenant | Undertenant* |
|---|---|
| Ashley Granata | Jane Doe |
| 358 Broadway, Apartment 3A | 358 Broadway, Apartment 3A |
| New York, New York | New York, New York 10013 |

*First name of Tenant and/or Undertenant being fictitious and unknown to petitioner, person intended being in possession of the premises herein described

or assigns, and every person in possession of the premises.

You are hereby notified that the Landlord elects to terminate your tenancy of the above described premises now held by you under monthly hiring. Unless you remove from the said premises on June 30, 2007, the day on which your term expires, the Landlord will commence summary proceedings under the Statute to remove you from said premises for the holding over after the expiration of your term and will demand the value of your use and occupancy of the premises during such holding over.

Dated: New York, New York
May 15, 2007

358 BROADWAY LLC .............................. Landlord

By: _____ Agent

7 Penn Plaza, Suite 222 ....................... Address
New York, New York 10001

* Use window envelope if mailed to tenant.
  Use ordinary envelope if mailed to undertenant.

Form 14 - L&T CONSPICUOUS PLACE SERVICE / MAILING

BRILL & MEISEL, ESQS.
ATTN:
COURT         COUNTY
-----------------------------------------
358 BROADWAY LLC.

                - against -

ASHLEY GRANATA
JANE DOE
-----------------------------------------



STATE OF NEW YORK, COUNTY OF
HARRY TORRES    being duly sworn, d
to this proceeding, is over 18 years ol
The property sought to be recovered is
358 BROADWAY, APT.3A
NEW YORK, NY 10013
     On the 31st  day of May, 2007 at   07:04 AM  deponent served the within
THIRTY DAY NOTICE
upon said respondent(s) to wit: ASHLEY GRANATA
JANE DOE
after prior attempt was made on  05/30/2007  12:39 PM  05/31/2007  07:04 AM    / /
by affixing a true copy thereof for each respondent upon a conspicuous part, to wit: the
entrance door to said property. On all occasions deponent was unable to gain admittance
thereat or to find a person of suitable age and discretion willing to receive same.
Sworn to before me this
1st  day of  June, 2007tm
                                      ............................
                                      HARRY TORRES / 0915257
KENNETH WISSNER                       AETNA CENTRAL JUDICIAL SERVICES
Notary Public, State of New York      225 BROADWAY, SUITE 1802
    No.01WI4714130                    NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY          Reference No: 5BM39623
Commission Expires 03/30/2010
-------------------------------------------------------------------------------
STATE OF NEW YORK, COUNTY OF NEW YORK
JOEL GOLUB     being duly sworn, deposes and says that deponent is not a party
to this action, is over 18 years of age and resides in the State of New York.
     That on the 31st day of May, 2007 deponent mailed other true copies thereof
for each respondent enclosed in a postpaid properly addressed wrapper to respondent(s)
at the property sought to be recovered which is respondent's residence or corporate respondents
principal place of business by certified mail and by prepaid regular first class mail, and

by depositing the same in a Post Office mail depository at Church Street Station under
the exclusive care and custody of the United States Post Office Department within the
State, that being the last-known address of the respondent(s) as to which the petitioner
had written information or notice in writing.
Sworn to before me this
1st  day of  June 2007tm
                                      ............................
                                      JOEL GOLUB  701893
KENNETH WISSNER                       AETNA CENTRAL JUDICIAL SERVICES
Notary Public, State of New York      225 BROADWAY, SUITE 1802
    No.01WI4714130                    NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY          Reference No: 5BM39623
Commission Expires 03/30/2010

Form 14 - L&T CONSPICUOUS PLACE SERVICE / M
BRILL & MEISEL, ESQ
ATTN:
COURT           COUNTY

358 BROADWAY LLC.

               - against

DEVA GINSBERG, JANE DOE



06/30/2007

STATE OF NEW YORK, COUNTY
**HARRY TORRES**    being duly sworn... party
to this proceeding, is over 18 years... k.
The property sought to be recovered
358 BROADWAY, APT.3A
NEW YORK, NY 10013
    On the **31st** day of **May, 2007** at **07:04 AM** deponent served the within
**THIRTY DAY NOTICE**
upon said respondent(s) to wit: **DEVA GINSBERG, JANE DOE**
after prior attempt was made on **05/30/2007  12:39 PM   05/31/2007   07:04 AM    / /**
by affixing a true copy thereof for each respondent upon a conspicuous part, to wit: the
entrance door to said property. On all occasions deponent was unable to gain admittance
thereat or to find a person of suitable age and discretion willing to receive same.
Sworn to before me this
1st  day of  June, 2007tm

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

HARRY TORRES  0915257
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 5BM39619

---

STATE OF NEW YORK, COUNTY OF NEW YORK
**JOEL GOLUB**    being duly sworn, deposes and says that deponent is not a party
to this action, is over 18 years of age and resides in the State of New York.
    That on the **31st day of May, 2007** deponent mailed other true copies thereof
for each respondent enclosed in a postpaid properly addressed wrapper to respondent(s)
at the property sought to be recovered which is respondent's residence or corporate respondents
principal place of business by certified mail and by prepaid regular first class mail, and

by depositing the same in a Post Office mail depository at Church Street Station under
the exclusive care and custody of the United States Post Office Department within the
State, that being the last-known address of the respondent(s) as to which the petitioner
had written information or notice in writing.
Sworn to before me this
1st  day of  June 2007tm

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB   701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 5BM39619