358 BROADWAY, LLC
7 Penn Plaza, Suite 222
New York, New York 10001

June 12, 2007

To All Tenants of
358 Broadway and
59 Franklin Street
New York, New York 10013

## NOTICE OF SALE AND ASSIGNMENT OF LEASE

Dear Tenants:

As you know, the undersigned is your landlord.

Please be advised that ownership of the building has been transferred this date to 358 Broadway Realty, LLC. Accordingly, effective immediately, all rent due under your lease should be paid to 358 Broadway Realty, LLC and forwarded to the following address:

358 Broadway Realty, LLC
112 Clifton Avenue
Suite 15
Lakewood, NJ 08701

Additionally, please be advised that your security deposit, if any, has been transferred to your new landlord as well.

Very truly yours,

358 BROADWAY, LLC

By: S/
Jerry Jacobs, Manager

G:\358BWAY\corresp\Notice to Tenants-6-12-07.mha.doc