**BRILL & MEISEL**
Rosalind S. Fink (RF-2492)
845 Third Ave., 16th Floor
New York, New York 10022
(212) 753-5599
*Attorneys for Defendants Jerry Jacobs,*
*Alan Rosen and 358 Broadway LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ASHLEY GRANATA and AUTUMN DEVA           :
GINSBURG,                                :
                                         :
                      Plaintiffs,        :      Case No. 07 CV 5830 (CM)
                                         :      (electronically filed)
           v.                            :
                                         :      **NOTICE OF APPEARANCE**
JERRY JACOBS, ALAN ROSEN,                :
358 BROADWAY LLC, and 358 BROADWAY       :
REALTY, LLC,                             :
                                         :
                      Defendants.        :
-------------------------------------------------------------------X

To the Clerk of this court and all parties of record:

PLEASE TAKE NOTICE that the undersigned firm hereby appears in this action on behalf of the defendants Jerry Jacobs, Alan Rosen and 358 Broadway LLC and demands that a copy of all papers and proceedings be directed to the address listed below. I hereby certify that I am admitted to practice in this court.

Dated:  New York, New York
        July 9, 2007

                                    **BRILL & MEISEL**
                                    Attorneys for Defendants
                                    *Jerry Jacobs, Alan Rosen and*
                                    *358 Broadway LLC*

                                    By:_/S_____
                                        Rosalind S. Fink (RF-2492)
                                     845 Third Avenue, 16th Floor
                                     New York, New York 10022
                                     (212) 753-5599

G:\358BWAY\2nd Discrim Lit\RF notice of appearance.doc