**BRILL & MEISEL**
Mark N. Axinn (MA-4958)
845 Third Ave., 16th Floor
New York, New York 10022
(212) 753-5599
*Attorneys for Defendants Jerry Jacobs,*
*Alan Rosen and 358 Broadway LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ASHLEY GRANATA and AUTUMN DEVA
GINSBURG,

                Plaintiffs,

    v.

JERRY JACOBS, ALAN ROSEN,
358 BROADWAY LLC, and 358 BROADWAY
REALTY, LLC,

                Defendants.
-------------------------------------------------------------------X

Case No. 07 CV 5830 (CM)
(electronically filed)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

PLEASE TAKE NOTICE that the undersigned firm hereby appears in this action on behalf of the defendants Jerry Jacobs, Alan Rosen and 358 Broadway LLC and demands that a copy of all papers and proceedings be directed to the address listed below. I hereby certify that I am admitted to practice in this court.

Dated: New York, New York
       July 9, 2007

                                            **BRILL & MEISEL**
                                            Attorneys for Defendants
                                            *Jerry Jacobs, Alan Rosen and*
                                            *358 Broadway LLC*

                                            By:_/S_____
                                              Mark N. Axinn (MA-4958)
                                             845 Third Avenue, 16th Floor
                                             New York, New York 10022
                                             (212) 753-5599