BORAH, GOLDSTEIN, ALTSCHULER, NAHINS
& GOIDEL, P.C.
David R. Brody, Esq.
377 Broadway, 6th Floor
New York, New York 10013
(212) 431-1300 x608
*Attorneys for Defendant 358 Broadway Realty, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK        Case No. 07-CIV-5830
---------------------------------------------------------------------x
ASHLEY GRANATA and AUTUMN DEVA
GINSBURG,                            **RULE 7.1 STATEMENT**

                Plaintiffs,

     v.

JERRY JACOBS, ALAN ROSEN, 358 BROADWAY,
LLC & 358 BROADWAY REALTY, LLC,

                Defendants.
---------------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for defendant 358 BROADWAY REALTY, LLC (a private, non-governmental party) certifies that such defendant has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

       Dated: New York, New York
              July 12, 2007

                                    BORAH, GOLDSTEIN, ALTSCHULER,
                                    NAHINS & GOIDEL, P.C.

                     By:         /S
                                David R. Brody, Esq. (DRB-6084)
                                Attorneys for Defendant
                                358 BROADWAY REALTY, LLC
                                377 Broadway, 6th Floor
                                New York, New York 10013
                                (212) 431-1300 x608

BORAH,
GOLDSTEIN,
ALTSCHULER,
NAHINS &
GOIDEL, P.C.
377 BROADWAY
NY, NY 10013-3993
(212) 431-1300