**ASSIGNMENT OF A**

Case 1:07-cv-05830-CM    Document 12    Filed 07/11/2007    Page 1 of 1