BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C.
Craig M. Notte, Esq. (CMN-8719)
377 Broadway, 6th Floor
New York, New York 10013
(212) 431-1300 x608
*Attorneys for Defendant 358 Broadway Realty, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 07-CIV-5830

-------------------------------------------------------------------x

ASHLEY   GRANATA   and   AUTUMN   DEVA
GINSBURG,

**CERTIFICATE OF
SERVICE**

Plaintiffs,

v.

JERRY JACOBS, ALAN ROSEN, 358 BROADWAY,
LLC & 358 BROADWAY REALTY, LLC,

Defendants.

-------------------------------------------------------------------x

CRAIG M. NOTTE, an attorney duly admitted to practice law in the State of New

York, hereby affirms under penalty of perjury as follows:

1.    I am not a party to the action, and I am over the age of eighteen years of

age. I reside in Brooklyn, New York, and I am associated with BORAH, GOLDSTEIN,

ALTSCHULER, NAHINS & GOIDEL, P.C., attorneys for 358 BROADWAY REALTY, LLC,

377 Broadway, 6th Floor, New York, New York 10013.

2.    On July 13, 2007, I served a copy of the within Notice of Electronic Filing

of 358 Broadway Realty, LLC's answer by transmitting by facsimile to the following numbers

designated for that purpose:

George J. Vogrin, Jr.,
Nelson, Levine, Deluca, Horst, LLC
Attorneys for Plaintiffs
120 Broadway, Suite 955
New York, New York 10271
(212) 233-0172 (fax)

1

Mark Neil Axinn, Esq.
Brill & Meisel
Attorneys for Jerry Jacobs, Alan Rosen and 358 Broadway, LLC
845 Third Avene
New York, New York 10022
Fax: (212) 486-6587

Ashley Elizabeth Normand, Esq.
Brill & Meisel
Attorneys for Jerry Jacobs, Alan Rosen and 358 Broadway, LLC
845 Third Avenue
New York, New York 10022
Fax: (212)753-7373

Rosalind Sue Fink, Esq.
Brill & Meisel
Attorneys for Jerry Jacobs, Alan Rosen and 358 Broadway, LLC
845 Third Avenue.
New York, New York 10022
Fax: (212) 486-6587

Dated: New York, New York
       July 13, 2007

_____/S_____
          Craig M. Notte, Esq. (CMN-8719)

```
**********************
***  TX REPORT  ***
**********************

TRANSMISSION OK

TX/RX NO            2427
DESTINATION TEL #   912122330172
DESTINATION ID
ST. TIME            07/13 16:44
TIME USE            00'25
PAGES SENT          3
RESULT              OK
```

# BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C.

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| George Vogrin, Esq. | Craig M. Notte, Esq. |
| **COMPANY:** | **SENDERS FAX #: / SENDERS PHONE NUMBER** |
| Nelson, Levine, Deluca, Horst, LLC | (212) 965-2657 / (212) 431-1300 X613 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| (212) 233-0172 | 3 |
| **PHONE NUMBER:** | **CASE NUMBER** |
| (212) 233-0130 | |
| **RE:** | **DATE:** |
| Granata et al. v. 358 Broadway Realty, LLC et al. | July 13, 2007 |

☐ FYI      ☐ FOR REVIEW      ☐ PLEASE COMMENT      ☐ PLEASE REPLY

## NOTES/COMMENTS:

c:    Mark Axinn, Esq.,  Brill & Meisel (via facsimile and first class mail)
(212)486-6587

Ashley Elizabeth Normand,  Esq., Brill & Meisel
(via facsimile and first class mail)(212)-753-7373

Rosalind Sue Fink, Brill & Meisel (via facsimile and first class mail)
(212)486-6587

```
                    ***********************
                    ***  TX REPORT  ***
                    ***********************


        TRANSMISSION OK

        TX/RX NO                2428
        DESTINATION TEL #       912124866587
        DESTINATION ID
        ST. TIME                07/13 16:42
        TIME USE                00'50
        PAGES SENT              3
        RESULT                  OK
```

# BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C.

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| George Vogrin, Esq. | Craig M. Notte, Esq. |
| **COMPANY:** | **SENDERS FAX #: / SENDERS PHONE NUMBER** |
| Nelson, Levine, Deluca, Horst, LLC | (212) 965-2657 / (212) 431-1300 X613 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| (212) 233-0172 | 3 |
| **PHONE NUMBER:** | **CASE NUMBER** |
| (212) 233-0130 | |
| **RE:** | **DATE:** |
| Granata et al. v. 358 Broadway Realty, LLC et al. | July 13, 2007 |

☐ FYI     ☐ FOR REVIEW     ☐ PLEASE COMMENT     ☐ PLEASE REPLY

## NOTES/COMMENTS:

c:     Mark Axinn, Esq.,  Brill & Meisel (via facsimile and first class mail)
       (212)486-6587

       Ashley Elizabeth Normand,  Esq., Brill & Meisel
       (via facsimile and first class mail)(212)-753-7373

       Rosalind Sue Fink, Brill & Meisel (via facsimile and first class mail)
       (212)486-6587

```
***********************
***  TX REPORT  ***
***********************

TRANSMISSION OK

TX/RX NO              2429
DESTINATION TEL #     912127537373
DESTINATION ID
ST. TIME              07/13 16:43
TIME USE              00'26
PAGES SENT            3
RESULT               OK
```

# BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C.

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO:<br>George Vogrin, Esq. | FROM:<br>Craig M. Notte, Esq. |
| COMPANY:<br>Nelson, Levine, Deluca, Horst, LLC | SENDERS FAX #: / SENDERS PHONE NUMBER<br>(212) 965-2657 / (212) 431-1300 X613 |
| FAX NUMBER:<br>(212) 233-0172 | TOTAL NO. OF PAGES INCLUDING COVER:<br>3 |
| PHONE NUMBER:<br>(212) 233-0130 | CASE NUMBER |
| RE:<br>Granata et al. v. 358 Broadway Realty, LLC et al. | DATE:<br>July 13, 2007 |

☐ FYI      ☐ FOR REVIEW      ☐ PLEASE COMMENT      ☐ PLEASE REPLY

## NOTES/COMMENTS:

c:   Mark Axinn, Esq.,  Brill & Meisel (via facsimile and first class mail)
     (212)486-6587

     Ashley Elizabeth Normand,  Esq., Brill & Meisel
     (via facsimile and first class mail)(212)-753-7373

     Rosalind Sue Fink, Brill & Meisel (via facsimile and first class mail)
     (212)486-6587

```
                         *********************
                         ***  TX REPORT  ***
                         *********************

        TRANSMISSION OK

        TX/RX NO              2430
        DESTINATION TEL #     912124866587
        DESTINATION ID
        ST. TIME             07/13 16:45
        TIME USE             00'50
        PAGES SENT            3
        RESULT               OK
```

# BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C.

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** George Vogrin, Esq. | **FROM:** Craig M. Notte, Esq. |
| **COMPANY:** Nelson, Levine, Deluca, Horst, LLC | **SENDERS FAX #: / SENDERS PHONE NUMBER** (212) 965-2657 / (212) 431-1300 X613 |
| **FAX NUMBER:** (212) 233-0172 | **TOTAL NO. OF PAGES INCLUDING COVER:** 3 |
| **PHONE NUMBER:** (212) 233-0130 | **CASE NUMBER** |
| **RE:** Granata et al. v. 358 Broadway Realty, LLC et al. | **DATE:** July 13, 2007 |

☐ FYI  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY

**NOTES/COMMENTS:**

c:   Mark Axinn, Esq., Brill & Meisel (via facsimile and first class mail)
(212)486-6587

Ashley Elizabeth Normand, Esq., Brill & Meisel
(via facsimile and first class mail)(212)-753-7373

Rosalind Sue Fink, Brill & Meisel (via facsimile and first class mail)
(212)486-6587

## Jeffrey Chancas

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Thursday, July 12, 2007 3:58 PM |
| **To:** | deadmail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-05830-UA Granata et al v. Jacobs et al Answer to Complaint |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### United States District Court for the Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Chancas, Jeffrey on 7/12/2007 at 3:58 PM EDT and filed on 7/12/2007

**Case Name:**    Granata et al v. Jacobs et al
**Case Number:**    1:07-cv-5830
**Filer:**    358 Broadway Realty, LLC
**Document Number:** 11

**Docket Text:**
ANSWER to Complaint. Document filed by 358 Broadway Realty, LLC.(Chancas, Jeffrey)


**1:07-cv-5830 Notice has been electronically mailed to:**

Mark Neil Axinn    markaxinn@hotmail.com

Jeffrey C. Chancas    jchancas@borahgoldstein.com

Rosalind Sue Fink    rozfink@igc.org

Ashley Elizabeth Normand    ashleynormand@yahoo.com

**1:07-cv-5830 Notice has been delivered by other means to:**

George J. Vogrin , JR
Queery & Harrow, Ltd.
120 Broadway
Suite 2800
New York, NY 10271

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/12/2007] [FileNumber=3571331-0
] [59bd35178ade798e22222c6b037f6d5f15a4d0400b304d788627f0f4d50ed4432a1
3cd940686e05c19e7e1b7aeeb5f12295d6e7abfb91da007baa648cee0b9df]]