UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ASHLEY GRANATA and
AUTUMN DEVA GINSBURG,

      Plaintiffs,    Docket #: 07-CIV-5830

  v.        CONSENT TO CHANGE
          ATTORNEYS

JERRY JACOBS, ALAN ROSEN,
358 BROADWAY LLC &
358 BROADWAY REALTY,

      Defendants.
---------------------------------------X

  IT IS CONSENTED AND AGREED THAT NELSON, LEVINE, de LUCA & HORST, LLC, 120 Broadway, Suite 955, New York, NY 10271 be substituted as attorneys of record for plaintiffs, ASHLEY GRANATA and AUTUMN DEVA GINGSBURG in the above-captioned action in place and instead of QUERREY & HARROW, LTD., 120 Broadway, Suite 955, New York, NY 10271, as of the date hereof.

Dated: July 18, 2007
   New York, New York

           QUERREY & HARROW, LTD. Outgoing
           Attorney for Ashley Granata and Autumn
           Deva Gingsburg
           175 West Jackson Blvd. – Ste. 1600
           Chicago, IL 60604-2877

        BY: _____
          Dennis Marks, Esq.

          NELSON, LEVINE de LUCA & HORST,
          LLC
          Substituting Attorneys for plaintiffs

       BY: _____
         George J. Vogrin, Esq.

By: _____
Autumn Deva Gingsburg

_____
Ashley Granata

Hereby consent to change of attorneys in the captioned matter.

Sworn to before me on this the 18th day of July, 2007.

PATRICIA A. HUTSON
Notary Public, State of New York
No.: 01HU6085792
Qualified in Kings County
Commission Expires Jan. 6, 2011

_____
Notary Public