CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------X
358 BROADWAY REALTY, LLC,

        Petitioner-Landlord,

    - against -

DEVA GINSBERG &
ASHLEY GRANATA
358 Broadway, Apt. #3A
New York, New York 10013

        Respondent-Tenant,

"JOHN/JANE DOE"

        Respondents-Undertenants.
---------------------------------------X

Index No. L&T 077240/07

**NOTICE OF PETITION**

(Residential Holdover)

To the Respondents above named and described, in possession of the Premises hereinafter described or claiming possession thereof:

    **PLEASE TAKE NOTICE** that a hearing at which you must appear will be held at the Civil Court of the City of New York, County of New York, Part H, Room 1164B, 111 Centre Street, County, City and State of New York, on July 18, 2007, at 9:30 PM o'clock in the forenoon of that day, on the annexed Petition of **358 BROADWAY REALTY, LLC.**, verified on July 1, 2002, which prays for a final judgment of eviction, awarding to Petitioner the possession of the Premises described as follows: **Apartment #3A**, all rooms, in the Premises known as and located at **358 Broadway, New York, New York 10013**, as demanded in the Petition, which you must answer. Your Answer may set forth any defense or counterclaim against the Petitioner, unless precluded by law or by prior agreement between the parties.

    **PLEASE TAKE FURTHER NOTICE**, that demand is made in the Petition herein for judgment against you for the reasonable value of use and occupancy of the subject Premises, and reasonable attorney's fees of not less than Five Thousand Five Hundred ($5,500.00) Dollars per month.

    **PLEASE TAKE FURTHER NOTICE**, that if you fail to interpose and establish any defense that you may have to the allegations of the Petition, you may be precluded from asserting such defense or the claim upon which it is based in any other proceeding or action.

PLEASE TAKE FURTHER NOTICE, that under Section 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a rent deposit, or a rent payment to the petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the Court within 30 days of the first court appearance. Failure to comply with an initial rent deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

**IN THE EVENT OF YOUR FAILURE TO ANSWER AND APPEAR, FINAL JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.**

Dated: New York, New York
       July 3, 2007

/S/
_____
JACK BAER, Clerk of the Civil Court
of the City of New York

**Green & Cohen, P.C.**
Attorneys for Petitioner
319 East 91st Street, Professional Suite
New York, N.Y. 10128
(212) 831-4400

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------X
358 BROADWAY REALTY, LLC,

    Petitioner-Landlord,

 - against -

DEVA GINSBERG &
ASHLEY GRANATA
358 Broadway, Apt. #3A
New York, New York 10013
    Respondent-Tenant,

"JOHN/JANE DOE"

    Respondents-Undertenants.
-------------------------------------X

Index No. L&T _____ /07

**NOTICE OF PETITION**

(Residential Holdover)

---

**Green & Cohen, P.C.**
Attorneys for Petitioner
319 East 91st Street, Professional Suite
New York, New York 10128
(212) 831-4400

---

To:
Attorney(s) for

*Service of a copy of the within*   *is hereby admitted.*
*Date:*

            _____
            *Attorney (s) for*

PLEASE TAKE NOTICE
☐   that the within is a (certified) copy of a   entered in the office of the
NOTICE OF  clerk of the within named Court on _____ 2001
ENTRY

☐   that an Order, of which the within is a true copy, will be presented for the
NOTICE OF  settlement to the Hon. _____ one of the judges of the within named
SETTLEMENT  Court, at 111 Centre St. on _____ 2001, at _____ M
ATTORNEYS FOR:
         **Green & Cohen, P.C.**
         319 East 91st Street, Professional Suite
         New York, New York 10128
         (212) 831-4400

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
------------------------------------X
358 BROADWAY REALTY, LLC,

    Petitioner-Landlord,

- against -

DEVA GINSBERG &
ASHLEY GRANATA
358 Broadway, Apt. #3A
New York, New York 10013

    Respondent-Tenant,

"JOHN/JANE DOE"

    Respondents-Undertenants.
------------------------------------X

Index No. L&T _____/07

**PETITION**

(Residential Holdover)

  The Petition of **358 BROADWAY REALTY, LLC**, Landlord, respectfully alleges, upon information and belief:

  1. The Petitioner is the owner and landlord of the Premises, and is authorized to maintain this proceeding.

  2. Respondents, **DEVA GINSBERG & ASHLEY GRANATA**, are the tenants of the Premises, having entered into possession under a now expired written rental agreement made heretofore. Respondents, **"JOHN/JANE DOE"** are the undertenants of Respondent, **DEVA GINSBERG & ASHLEY GRANATA.**

  3. The Premises are described as follows: all rooms, **Apartment #3A**, in the Premises known as and located at **358 Broadway, New York, New York 10013**, which is located within the territorial jurisdiction of the Civil Court of the City of New York, County of New York.

  4. The Respondent's tenancy was terminated pursuant to a Thirty Day Notice of Termination of Month to Month Tenancy. A copy of the Notice with Affidavit of service is annexed hereto and made a part hereof. Respondents have remained in possession without permission of the Landlord since the expiration of the term.

  5. The apartment is not subject to the Rent Stabilization Law of 1969, as amended to date, nor is it subject to Rent Control. The reason the premises is not subject to rent regulation is that

it was high rent decontrolled.

6. The premises are a multiple dwelling, and pursuant to the Housing Maintenance Code, Article 41, there is a currently effective registration statement on file with the Office of Code Enforcement in which the owner has designated the managing agent named below, a natural person over the age of 21 years, to be in control of and responsible for the maintenance and operation of the dwelling:

Registered Address: **368 Broadway, New York, NY**
Registered Agent: **Jerry Jacobs**
Multiple Dwelling Number: **141655**

7. The respondents hold over and continue in possession of the premises without the permission of the landlord-petitioner, after the expiration of said term.

8. Petitioner lacks written information or Notice of any address where the Respondents reside in New York State, other than the address sought to be recovered.

9. Pursuant to the parties expired Lease, the Petitioner shall be entitled to legal fees as the prevailing party in this litigation.

10. Petitioner shall be entitled to a judgment for past due use and occupancy, at a rate to be determined by the Court.

**WHEREFORE**, Petitioner demands final judgment awarding possession of the Premises to Petitioner, issuance of a warrant to remove Respondents from possession thereof, fair value of use and occupancy of the Premises, and reasonable attorney's fees of not less than Two Thousand Five Hundred ($2,500.00) Dollars, and costs and disbursements herein.

Dated: New York, New York
July 3, 2007

**358 BROADWAY REALTY, LLC**
Landlord

*[signature]*

**Green & Cohen, P.C.**
Attorneys for Petitioner
319 East 91st Street, Professional Suite
New York, N.Y. 10128
(212) 831-4400

# VERIFICATION

STATE OF NEW YORK }
COUNTY OF NEW YORK } ss.:

    The undersigned attorney for the petitioner, being duly sworn deposes and says as follows:
    I am the attorney for the petitioner above named. I have read the foregoing Notice of Petition and Petition and know the contents thereof, and the same is true to my own knowledge, except as to those matters therein stated to be upon information and belief, and as to those matters, I believe them to be true. The basis of my belief is information contained in my files and conversations with my client. This Petition is signed by the attorney for the petitioner pursuant to sec. 3020(d) of the CPLR and sec. 741 of the Real Property Actions and Proceedings Law.

Dated: New York, New York
       July 3, 2007

                                       Michael R. Cohen



B 307—Thirty Days Notice Terminating Monthly Tenancy or Tenancy from Month to Month: 8-82
(In N.Y.C. serve in same manner as a Notice of Petition)

© 1976 BY JULIUS BLUMBERG, INC., PUBLISHER
62 WHITE STREET, NEW YORK, N.Y. 10013

May 15, 2007

Re: Premises:
All rooms third floor side Apt. No. 3A
at 358 Broadway, New York, New York 10013
used for ☐ Business ☒ Dwelling purposes.

TO:

| Tenant | and, | Undertenant* |

Deva Ginsberg                                        Jane Doe
358 Broadway, Apartment 3A                           358 Broadway, Apartment 3A
New York, New York                                   New York, New York 10013

*First name of Tenant and/or Undertenant being fictitious and unknown to petitioner, person intended being in possession of the premises herein described

or assigns, and every person in possession of the premises.

You are hereby notified that the Landlord elects to terminate your tenancy of the above described premises now held by you under monthly hiring. Unless you remove from the said premises on June 30, 2007 , the day on which your term expires, the Landlord will commence summary proceedings under the Statute to remove you from said premises for the holding over after the expiration of your term and will demand the value of your use and occupancy of the premises during such holding over.

Dated: New York, New York
       May 15, 2007

358 BROADWAY LLC ......................................... Landlord

By: _____[signature]_____ ............................. Agent

7 Penn Plaza, Suite 222 .................................. Address
New York, New York 10001

* Use window envelope if mailed to tenant.
  Use ordinary envelope if mailed to undertenant.

Form 14 - L&T CONSPICUOUS PLACE SERVICE / MAILING
BRILL & MEISEL, ESQS.
ATTN:
COURT          COUNTY

---

| 358 BROADWAY LLC. | PETITIONER | Index No. |
| | | Date Filed .......... |
| - against - | | Office No. |
| DEVA GINSBERG, JANE DOE | respondent | |
| | | Court Date: 06/30/2007 |

---

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
**HARRY TORRES** being duly sworn, deposes and says: that deponent is not a party to this proceeding, is over 18 years of age and resides in the State of New York. The property sought to be recovered is
**358 BROADWAY, APT.3A**
**NEW YORK, NY 10013**
   On the 31st   day of May, 2007 at   07:04 AM   deponent served the within
**THIRTY DAY NOTICE**
upon said respondent(s) to wit: **DEVA GINSBERG, JANE DOE**
after prior attempt was made on   05/30/2007   12:39 PM   05/31/2007   07:04 AM     / /
by affixing a true copy thereof for each respondent upon a conspicuous part, to wit: the entrance door to said property. On all occasions deponent was unable to gain admittance thereat or to find a person of suitable age and discretion willing to receive same.
Sworn to before me this
1st   day of   June, 2007tm

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

HARRY TORRES  0915257
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 5BM39619

---

STATE OF NEW YORK, COUNTY OF NEW YORK
**JOEL GOLUB** being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.
   That on the **31st day of May, 2007** deponent mailed other true copies thereof for each respondent enclosed in a postpaid properly addressed wrapper to respondent(s) at the property sought to be recovered which is respondent's residence or corporate respondents principal place of business by certified mail and by prepaid regular first class mail, and

by depositing the same in a Post Office mail depository at Church Street Station under the exclusive care and custody of the United States Post Office Department within the State, that being the last-known address of the respondent(s) as to which the petitioner had written information or notice in writing.
Sworn to before me this
1st   day of   June 2007tm

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB   701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 5BM39619

Form 14 - L&T CONSPICUOUS PLACE SERVICE / MAILING
**BRILL & MEISEL, ESQS.**
ATTN:
COURT          COUNTY

---

| | | |
|---|---|---|
| 358 BROADWAY LLC. | PETITIONER | Index No. |
| | | Date Filed ............ |
| - against - | | Office No. |
| DEVA GINSBERG, JANE DOE | respondent | |
| | | Court Date: 06/30/2007 |

---

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:
**HARRY TORRES**    being duly sworn, deposes and says: that deponent is not a party to this proceeding, is over 18 years of age and resides in the State of New York. The property sought to be recovered is
358 BROADWAY, APT.3A
NEW YORK, NY 10013
    On the **31st** day of **May, 2007** at **07:04 AM** deponent served the within
**THIRTY DAY NOTICE**
upon said respondent(s) to wit: **DEVA GINSBERG, JANE DOE**
after prior attempt was made on 05/30/2007 12:39 PM    05/31/2007 07:04 AM    / /
by affixing a true copy thereof for each respondent upon a conspicuous part, to wit: the entrance door to said property. On all occasions deponent was unable to gain admittance thereat or to find a person of suitable age and discretion willing to receive same.

Sworn to before me this
1st    day of    June, 2007tm

KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

HARRY TORRES /0915257
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 5BM39619

---

STATE OF NEW YORK, COUNTY OF NEW YORK
**JOEL GOLUB**    being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.
    That on the **31st day of May, 2007** deponent mailed other true copies thereof for each respondent enclosed in a postpaid properly addressed wrapper to respondent(s) at the property sought to be recovered which is respondent's residence or corporate respondents principal place of business by certified mail and by prepaid regular first class mail, and

by depositing the same in a Post Office mail depository at Church Street Station under the exclusive care and custody of the United States Post Office Department within the State, that being the last-known address of the respondent(s) as to which the petitioner had written information or notice in writing.
Sworn to before me this
1st    day of    June 2007tm

KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB    701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 5BM39619






**B 307**—Thirty Days Notice Terminating Monthly Tenancy or Tenancy from Month to Month: 8-82 (In N.Y.C. serve in same manner as a Notice of Petition)

Blumberg's Law Products

© 1976 BY JULIUS BLUMBERG, INC., PUBLISHER
62 WHITE STREET, NEW YORK, N.Y. 10013

May 15, 2007

Re: Premises:
All rooms third floor side Apt. No. 3A
at 358 Broadway, New York, New York 10013
used for ☐ Business ☒ Dwelling purposes.

TO:

| Tenant | and, Undertenant* |
|---|---|
| Ashley Granata | Jane Doe |
| 358 Broadway, Apartment 3A | 358 Broadway, Apartment 3A |
| New York, New York | New York, New York 10013 |

*First name of Tenant and/or Undertenant being fictitious and unknown to petitioner, person intended being in possession of the premises herein described*

or assigns, and every person in possession of the premises.

You are hereby notified that the Landlord elects to terminate your tenancy of the above described premises now held by you under monthly hiring. Unless you remove from the said premises on June 30, 2007, the day on which your term expires, the Landlord will commence summary proceedings under the Statute to remove you from said premises for the holding over after the expiration of your term and will demand the value of your use and occupancy of the premises during such holding over.

Dated: New York, New York
May 15, 2007

358 BROADWAY LLC .................... Landlord

By: [signature] .................... Agent

7 Penn Plaza, Suite 222 .................... Address
New York, New York 10001

\* Use window envelope if mailed to tenant.
  Use ordinary envelope if mailed to undertenant.

Form 14 - L&T CONSPICUOUS PLACE SERVICE / MAILING

BRILL & MEISEL, ESQS.
ATTN:

COURT         COUNTY
-----------------------------------------------------------

| | | |
|---|---|---|
| 358 BROADWAY LLC. | PETITIONER | Index No. |
| | | Date Filed .......... |
| - against - | | Office No. |
| ASHLEY GRANATA | respondent | |
| JANE DOE | | Court Date: 06/30/2007 |

-----------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:
HARRY TORRES    being duly sworn, deposes and says: that deponent is not a party to this proceeding, is over 18 years of age and resides in the State of New York. The property sought to be recovered is
358 BROADWAY, APT.3A
NEW YORK, NY 10013
   On the 31st  day of May, 2007 at  07:04 AM   deponent served the within
THIRTY DAY NOTICE
upon said respondent(s) to wit: ASHLEY GRANATA
JANE DOE
after prior attempt was made on 05/30/2007  12:39 PM  05/31/2007  07:04 AM   / /
by affixing a true copy thereof for each respondent upon a conspicuous part, to wit: the entrance door to said property. On all occasions deponent was unable to gain admittance thereat or to find a person of suitable age and discretion willing to receive same.

Sworn to before me this
1st  day of  June, 2007tm

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

HARRY TORRES  0915257
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 5BM39623

-----------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK
JOEL GOLUB     being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.
   That on the 31st day of May, 2007 deponent mailed other true copies thereof for each respondent enclosed in a postpaid properly addressed wrapper to respondent(s) at the property sought to be recovered which is respondent's residence or corporate respondents principal place of business by certified mail and by prepaid regular first class mail, and by depositing the same in a Post Office mail depository at Church Street Station under the exclusive care and custody of the United States Post Office Department within the State, that being the last-known address of the respondent(s) as to which the petitioner had written information or notice in writing.

Sworn to before me this
1st  day of  June 2007tm

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB  701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 5BM39623

Form 14 - L&T CONSPICUOUS PLACE SERVICE / MAILING

BRILL & MEISEL, ESQS.
ATTN:
COURT                    COUNTY

---

| | | |
|---|---|---|
| 358 BROADWAY LLC. | PETITIONER | Index No.<br>Date Filed ............<br>Office No. |
| - against - | | |
| ASHLEY GRANATA<br>JANE DOE | respondent | Court Date: 06/30/2007 |

---

STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:
**HARRY TORRES**     being duly sworn, deposes and says: that deponent is not a party to this proceeding, is over 18 years of age and resides in the State of New York. The property sought to be recovered is
**358 BROADWAY, APT.3A**
**NEW YORK, NY 10013**
     On the **31st** day of **May, 2007** at **07:04 AM** deponent served the within
**THIRTY DAY NOTICE**
upon said respondent(s) to wit: **ASHLEY GRANATA**
**JANE DOE**
after prior attempt was made on **05/30/2007  12:39 PM   05/31/2007  07:04 AM    /  /**
by affixing a true copy thereof for each respondent upon a conspicuous part, to wit: the entrance door to said property. On all occasions deponent was unable to gain admittance thereat or to find a person of suitable age and discretion willing to receive same.

Sworn to before me this
1st  day of  June, 2007tm

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

HARRY TORRES  0915757
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 5BM39623

---

STATE OF NEW YORK, COUNTY OF NEW YORK
**JOEL GOLUB**     being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.
     That on the **31st day of May, 2007** deponent mailed other true copies thereof for each respondent enclosed in a postpaid properly addressed wrapper to respondent(s) at the property sought to be recovered which is respondent's residence or corporate respondents principal place of business by certified mail and by prepaid regular first class mail, and

by depositing the same in a Post Office mail depository at Church Street Station under the exclusive care and custody of the United States Post Office Department within the State, that being the last-known address of the respondent(s) as to which the petitioner had written information or notice in writing.

Sworn to before me this
1st  day of  June 2007tm

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB  701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 5BM39623




CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------X
358 BROADWAY REALTY, LLC.

        Petitioner-Landlord,

- against -

DEVA GINSBERG &
ASHLEY GRANATA
358 Broadway, Apt. #3A
New York, New York 10013
        Respondent-Tenant,

"JOHN/JANE DOE"

        Respondents-Undertenants.
----------------------------------------X

Index No. L&T _____/07

**PETITION**

(Residential Holdover)

---

**Green & Cohen, P.C.**
Attorneys for Petitioner
319 East 91st Street, Professional Suite
New York, New York 10128
(212) 831-4400

---

To:
Attorney(s) for

_Service of a copy of the within_     _is hereby admitted._
Date:

                              _Attorney (s) for_

PLEASE TAKE NOTICE

☐ NOTICE OF ENTRY    that the within is a (certified) copy of a clerk of the within named Court on    entered in the office of the    2001

☐ NOTICE OF SETTLEMENT ATTORNEYS FOR:    that an Order, of which the within is a true copy, will be presented for the settlement to the Hon.    one of the judges of the within named Court, at 111 Centre St. on    2001, at _____ M

**Green & Cohen, P.C.**
319 East 91st Street, Professional Suite
New York, New York 10128
(212) 831-4400