# Search Results By Parcel Identifier

**Current Search Criteria:**
Borough:  MANHATTAN / NEW YORK
Block:    171
Lot:      5
Date Range:  To Current Date
Document Class:  All Document Classes

Date & Time: 7/23/2007 2:56:15 PM
Page: 1 of 6    Records: 1 - 84

| Reel/Page File | CRFN | Lot | Partial Lot | Recorded / Filed | Document Type | Pages | Party 1 | Party 2 | Party 3/ Other | More 1 or 2 | Corr. Rem. | Doc Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007000337514 | 5 | E | 6/29/2007 3:58:36 PM | ASSIGNMENT OF LEASES AND RENTS | 11 | 358 BROADWAY REALTY, LLC | RCGLV-SG BROADWAY LLC | | | | 20,000,000 |
| | 2007000337513 | 5 | E | 6/29/2007 3:58:35 PM | AGREEMENT | 28 | 358 BROADWAY REALTY, LLC | RCGLV-SG BROADWAY LLC | | | | 20,000,000 |
| | 2007000337512 | 5 | E | 6/29/2007 3:58:34 PM | MORTGAGE | 9 | 358 BROADWAY REALTY, LLC | RCGLV-SG BROADWAY LLC | | | | 13,963,420 |
| | 2007000337511 | 5 | E | 6/29/2007 3:58:33 PM | DEED | 5 | PENBERG, MITCHELL | 358 BROADWAY REALTY, LLC | | | | 875,000 |
| | 2007000337510 | 5 | E | 6/29/2007 3:58:32 PM | DEED | 5 | ROSEN, JOEL | 358 BROADWAY REALTY, LLC | | | | 1,750,000 |
| | 2007000337509 | 5 | E | 6/29/2007 3:58:31 PM | DEED | 5 | ROSEN, ROBERT J | 358 BROADWAY REALTY, LLC | | | | 218,750 |
| | 2007000337508 | 5 | E | 6/29/2007 3:58:30 PM | DEED | 5 | BORTNICK, MARK | 358 BROADWAY REALTY, LLC | | | | 875,000 |
| | 2007000337507 | 5 | E | 6/29/2007 3:58:29 PM | DEED | 5 | ROSEN, ALAN I | 358 BROADWAY REALTY, LLC | | | | 218,750 |
| | 2007000337506 | 5 | E | 6/29/2007 3:58:27 PM | DEED | 5 | 358 BROADWAY LLC | 358 BROADWAY REALTY, LLC | | | | 13,562,500 |
| | 2007000337505 | 5 | E | 6/29/2007 3:58:26 PM | POWER OF ATTORNEY | 6 | PENBERG, MITCHELL | ROSEN, JOEL | | X | | 0 |
| | 2007000337504 | 5 | E | 6/29/2007 3:58:25 PM | POWER OF ATTORNEY | 6 | ROSEN, ROBERT | ROSEN, JOEL | | X | | 0 |
| | 2007000337503 | 5 | E | 6/29/2007 3:58:24 PM | POWER OF ATTORNEY | 6 | BORTNICK, MARK | ROSEN, JOEL | | X | | 0 |
| | 2007000180298 | 5 | E | 4/9/2007 11:59:43 AM | DEED | 6 | 358 BROADWAY LLC | ROSEN , JOEL | | X | | 0 |
| | 2005000256326 | 5 | E | 5/3/2005 1:25:57 PM | ASSIGNMENT OF LEASES AND RENTS | 11 | BANCO POPULAR NORTH AMERICA | 358 BROADWAY LLC | | | | 6,250,000 |

# Search Results By Parcel Identifier

Date & Time: 7/23/2007 2:56:15 PM
Page: 2 of 6

| Reel/Page File | CRFN | Lot | Partial Lot | Recorded / Filed | Document Type | Pages | Party 1 | Party 2 | Party 3/ Other | More 1 or 2 | Corr. Rem. | Doc Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2005000256325 | 5 | E | 5/3/2005 1:25:56 PM | AGREEMENT | 42 | 358 BROADWAY LLC | BANCO POPULAR NORTH AMERICA | | | | 6,250,000 |
| | 2005000256324 | 5 | E | 5/3/2005 1:25:55 PM | MORTGAGE | 11 | 358 BROADWAY LLC | BANCO POPULAR NORTH AMERICA | | | | 1,591,289 |
| | 2003000458887 | 5 | E | 11/18/2003 8:34:17 PM | ASSIGNMENT OF LEASES AND RENTS | 9 | BANCO POPULAR NORTH AMERICA | 358 BROADWAY LLC | | | | 750,000 |
| | 2003000458886 | 5 | E | 11/18/2003 8:34:16 PM | MORTGAGE | 31 | 358 BROADWAY LLC | BANCO POPULAR NORTH AMERICA | | | | 750,000 |
| | 2003000458885 | 5 | E | 11/18/2003 8:34:15 PM | AGREEMENT | 9 | 358 BROADWAY LLC | BANCO POPULAR NORTH AMERICA | | | | 4,200,000 |
| | 2003000315929 | 5 | E | 8/28/2003 12:03:46 PM | INITIAL UCC1 | 5 | 358 BROADWAY LLC | BANCO POPULAR NORTH AMERICA | | | | 0 |
| | 2003000315929 | 5 | E | 8/28/2003 12:03:46 PM | INITIAL UCC1 | 5 | 358 BROADWAY LLC | BANCO POPULAR NORTH AMERICA | | | | 0 |
| 02TN15481 | | 5 | E | 11/6/2002 | UCC3 TERMINATION | 1 | 358 BROADWAY LLC | CITY & SUBURBAN FEDERAL SAVINGS BANK | | | | 0 |
| 02TN15480 | | 5 | E | 11/6/2002 | UCC3 TERMINATION | 1 | 358 BROADWAY LLC | CITY & SURBURBAN FEDERAL SAVINGS BANK | | | | 0 |
| 3632/697 | | 5 | E | 10/10/2002 | SUNDRY MISCELLANEOUS | 1 | 358 BROADWAY LLC | CITY & SUBURBAN FEDLSAVINGS BANK | | | | 0 |
| 3632/687 | | 5 | E | 10/10/2002 | ASSIGNMENT, MORTGAGE | 4 | CITY & SUBURBAN FEDERAL SAVINGS BANK | BANCO POPULAR NORTHAMERICA | | | | 0 |
| 3632/682 | | 5 | E | 10/10/2002 | ASSIGNMENT, MORTGAGE | 5 | CITY & SUBURBAN FEDERAL SAVINGS BANK | BANCO POPULAR NORTHAMERICA | | | | 0 |
| 3632/646 | | 5 | E | 10/10/2002 | AGREEMENT | 36 | 358 BROADWAY LLC | BANCO POPULAR NORTHAMERICA | | | | 0 |
| 3632/643 | | 5 | E | 10/10/2002 | SUNDRY AGREEMENT | 3 | CITY & SUBURBAN FEDERAL SAVINGS BANK | | | | | 0 |
| 3632/640 | | 5 | E | 10/10/2002 | SUNDRY AGREEMENT | 3 | CITY & SUBURBAN FEDERAL SAVINGS BANK | | | | | 0 |

# Search Results By Parcel Identifier

Date & Time: 7/23/2007  2:56:15 PM
Page: 3 of 6

| Reel/Page File | CRFN | Lot | Partial Lot | Recorded / Filed | Document Type | Pages | Party 1 | Party 2 | Party 3/ Other | More 1 or 2 | Corr. Rem. | Doc Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3632/631 | | 5 | E | 10/10/2002 | ASSIGNMENT, MORTGAGE | 9 | 358 BROADWAY LLC | BANCO POPULAR NORTHAMERICA | | | | 0 |
| 3632/622 | | 5 | E | 10/10/2002 | MORTGAGE | 9 | 358 BROADWAY LLC | BANCO POPULAR NORTHAMERICA | | | | 1,025,527 |
| 3466/1825 | | 5 | E | 3/8/2002 | ASSIGNMENT, MORTGAGE | 6 | 358 BROADWAY LLC | CITY & SUBURBAN FEDERAL SAVINGS BANK | | | | 0 |
| 3466/1811 | | 5 | E | 3/8/2002 | MORTGAGE | 14 | 358 BROADWAY LLC | CITY & SUBURBAN FEDERAL SAVINGS BANK | | | | 499,900 |
| 02PN05698 | | 5 | E | 3/6/2002 | INITIAL UCC1 | 2 | 358 BROADWAY LLC | CITY & SURBURBAN FEDERAL SAVINGS BANK | | | | 0 |
| 00TN05406 | | 5 | E | 5/4/2000 | UCC3 TERMINATION | 1 | 358 BROADWAY CORP. | FIRST BANK OF THE AMERICAS | | | | 0 |
| 00TN05405 | | 5 | E | 5/4/2000 | UCC3 TERMINATION | 1 | 358 BROADWAY CORP | FIRST BANK OF THE AMERICAS | | | | 0 |
| 00PN22815 | | 5 | E | 5/4/2000 | INITIAL UCC1 | 1 | 358 BROADWAY LLC | CITY & SUBURBAN FEDERAL SAVINGS BANK | | | | 0 |
| 3088/252 | | 5 | E | 4/20/2000 | ASSIGNMENT, MORTGAGE | 5 | 358 BROADWAY LLC | CITY & SUBURBAN FEDERAL SAVINGS BANK | | | | 0 |
| 3088/237 | | 5 | E | 4/20/2000 | MORTGAGE | 15 | 358 BRAODWAY LLC | CITY & SUBURBAN FEDERAL SAVINGS BANK | | | | 1,585,642 |
| 3088/232 | | 5 | E | 4/20/2000 | ASSIGNMENT, MORTGAGE | 5 | COMMERCIAL BANK OF NEW YORK | CITY & SUBURBAN FEDERAL SAVINGS BANK | | | | 0 |
| 3075/781 | | 5 | E | 3/28/2000 | DEED | 4 | 358 BROADWAY CORP. | 358 BROADWAY LLC | | | | 0 |
| 2442/1731 | | 5 | E | 4/7/1997 | EASEMENT/AIR RIGHTS | 4 | 358 BROADWAY CORPORATION | NEW YORK TELEPHONE COMPANY | | | | 0 |
| 2428/651 | | 5 | E | 3/3/1997 | SATISFACTION OF MORTGAGE | 4 | NUSBLATT, ELSA TRUSTEE | AMERICAN SAVINGS BANK | | X | | 0 |
| 2427/2481 | | 5 | E | 3/3/1997 | MORTGAGE | 47 | 358 BROADWAY CORP. | FIRST BANK OF THE AMERICAS | | | | 1,300,000 |

# Search Results By Parcel Identifier

Date & Time: 7/23/2007   2:56:15 PM
Page: **4** of **6**

| Reel/Page File | CRFN | Lot | Partial Lot | Recorded / Filed | Document Type | Pages | Party 1 | Party 2 | Party 3/ Other | More 1 or 2 | Corr. Rem. | Doc Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97PN05717 | | 5 | E | 2/6/1997 | INITIAL UCC1 | 3 | 358 BROADWAY CORP. | FIRST BANK OF THE AMERICAS | | | | 0 |
| 97PN01411 | | 5 | E | 1/10/1997 | INITIAL UCC1 | 3 | 358 BROADWAY CORP | FIRST BANK OF THE AMERICAS | | | | 0 |
| 2333/2332 | | 5 | E | 6/17/1996 | ASSIGNMENT, MORTGAGE | 3 | JACOBS, EUNICE PERSONAL REPRESENTATIVE | ROSEN, JOEL CPA.PC.PENSION PLAN AND TRUST | | X | | 0 |
| 2206/2219 | | 5 | E | 5/12/1995 | ASSIGNMENT, MORTGAGE | 4 | 442 B CORP. | ROTHMAN, ELSIE | | | | 0 |
| 2206/1100 | | 5 | E | 5/11/1995 | ASSIGNMENT, MORTGAGE | 4 | 442 B CORP. | ROTHMAN, ELSIE | | | | 0 |
| 2203/1656 | | 5 | E | 5/1/1995 | DEED | 3 | JACOBS, JERRY | 358 BROADWAY CORP. | | X | | 0 |
| 2203/1343 | | 5 | E | 5/1/1995 | DEED | 3 | ZALK, JOSEPH | JACOBS, JERRY | | X | | 0 |
| 1937/858 | | 5 | E | 1/15/1993 | SATISFACTION OF MORTGAGE | 2 | 358 BROADWAY ASSOC | KASE, ROSLYN, KASE TRST | | X | | 0 |
| 1937/549 | | 5 | E | 1/15/1993 | PARTIAL SATISFACTION | 2 | SCHULMAN, MARLENE M. | | | | | 0 |
| 1937/547 | | 5 | E | 1/15/1993 | PARTIAL SATISFACTION | 2 | FELDMAN, BRENDA | | | X | | 0 |
| 1937/545 | | 5 | E | 1/15/1993 | PARTIAL SATISFACTION | 2 | NUSBLATT, EDWARD ALAN | | | | | 0 |
| 1937/543 | | 5 | E | 1/15/1993 | PARTIAL SATISFACTION | 2 | ALDERMAN, BETH ROBINAKA | | | X | | 0 |
| 1732/1474 | | 5 | E | 9/28/1990 | ASSIGNMENT, MORTGAGE | 4 | CENTURY BUSINESS CRDT CP | JACOBS, JERRY | | X | | 0 |
| 1698/1841 | | 5 | E | 6/6/1990 | AGREEMENT | 9 | 442 B CORP | 358 BROADWAY DVLP CORP | | | | 0 |
| 1698/1838 | | 5 | E | 6/6/1990 | ASSIGNMENT, MORTGAGE | 3 | 358 BROADWAY EST INC | 442 B CORP | | | | 0 |

**Search Results By Parcel Identifier**

Date & Time: 7/23/2007   2:56:15 PM
Page: 5 of 6

| Reel/Page File | CRFN | Lot | Partial Lot | Recorded / Filed | Document Type | Pages | Party 1 | Party 2 | Party 3/ Other | More 1 or 2 | Corr. Rem. | Doc Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1558/1439 | | 5 | E | 4/10/1989 | MORTGAGE | 8 | 358 BROADWAY DEVELOP/CRP | TYSONS ASSOCIATES | | | | 900,000 |
| 1558/1437 | | 5 | E | 4/10/1989 | DEED | 2 | TYSONS ASSOCIATES | 358 BROADWAY DEVELO/CP | | | | 0 |
| 910/1202 | | 5 | E | 5/15/1985 | ASSIGNMENT, MORTGAGE | 2 | BEVAL ASSOCIATES | MERCHANTS BANK/NEW YORK | | | | 0 |
| 673/44 | | 5 | E | 3/15/1983 | ASSIGNMENT, MORTGAGE | 6 | BEVAL ASSOCIATES | CENTURY FACTORS INC. | | | | 0 |
| 673/39 | | 5 | E | 3/15/1983 | ASSIGNMENT, MORTGAGE | 5 | BEVAL ASSOCIATES | JACOBS, JERRY | | X | | 0 |
| 653/245 | | 5 | E | 12/3/1982 | SATISFACTION OF MORTGAGE | 2 | BEVAL ASSOCIATES | CENTURY FACTORS INC. | | | | 0 |
| 652/1928 | | 5 | E | 12/3/1982 | MORTGAGE | 6 | TYSONS ASSOCIATES | BEVAL ASSOCIATES | | | | 1,160,000 |
| 652/1925 | | 5 | E | 12/3/1982 | DEED | 3 | BEVAL ASSOCIATES | TYSONS ASSOCIATES | | | | 0 |
| 624/1180 | | 5 | E | 6/2/1982 | MORTGAGE | 6 | BEVAL ASSOCIATES | CENTURY FACTORS, INC. | | | | 300,000 |
| 361/1996 | | 5 | E | 2/9/1976 | AGREEMENT | 6 | JERRY INDUSTRIES INC | 358 BROADWAY ESTATESINC | | | | 0 |
| 361/1992 | | 5 | E | 2/9/1976 | MORTGAGE | 4 | JERRY INDUSTRIES INC | 358 BROADWAY ESTATESIN | | | | 0 |
| 361/1990 | | 5 | E | 2/9/1976 | ASSIGNMENT, MORTGAGE | 2 | AMERICAN SAVINGS BANK | 358 BROADWAY ESTATESINC | | | | 0 |
| 361/1986 | | 5 | E | 2/9/1976 | DEED | 4 | JERRY INDUSTRIES INC | BENAL ASSOCIATES | | | | 0 |
| 361/1982 | | 5 | E | 2/9/1976 | DEED | 4 | BENAL ASSOCIATES | JERRY INDUSTRIES INC | | | | 0 |
| 352/1957 | | 5 | E | 10/9/1975 | MORTGAGE | 4 | JERRY INDUSTRIES INC | 358 BROADWAY ESTATESIN | | | | 0 |

**Search Results By Parcel Identifier**

Date & Time: **7/23/2007   2:56:15 PM**
Page: **6 of 6**

| Reel/Page File | CRFN | Lot | Partial Lot | Recorded / Filed | Document Type | Pages | Party 1 | Party 2 | Party 3/ Other | More 1 or 2 | Corr. Rem. | Doc Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 352/1948 | | 5 | E | 10/9/1975 | DEED | 4 | 358 BROADWAY ESTATES INC | JERRY INDUSTRIES INC | | | | 0 |
| 352/1944 | | 5 | E | 10/9/1975 | DEED | 4 | JERRY INDUSTRIES INC | BEVAL ASSOCIATES | | | | 0 |
| 227/1729 | | 5 | E | 1/20/1972 | LEASE | 4 | 358 BROADWAY ESTATES INC | GLENWOOD PROMOTIONS INC | | | | 0 |
| 134/819 | | 5 | E | 3/19/1969 | DEED | 4 | KASE, ROSLYN IND | 358 BROADWAY ESTATES INC | | X | | 0 |
| 134/814 | | 5 | E | 3/19/1969 | MORTGAGE | 5 | 358 BROADWAY ESTATES INC | KASE, ROSLYN, IND | | X | | 0 |
| 40046/185 | | 5 | E | 4/21/1966 | DEED | 9 | ROSYLN NUSBLATT TRUST | KASE, ROSLYN | | X | | 0 |
| 40046/183 | | 5 | E | 4/21/1966 | DEED | 2 | IRREVOCABLE TRUST 2 | KASE, ROSLYN | | X | | 0 |
| 40046/181 | | 5 | E | 4/21/1966 | DEED | 2 | IRREVOCABLE TRUST 2 | SCHULMAN, MARLENE M | | X | | 0 |
| 40046/179 | | 5 | E | 4/21/1966 | DEED | 2 | NUSBLATT, MARLENE MTR | SCHULMAN, MARLENE M | | X | | 0 |
| 40012/116 | | 5 | E | 1/27/1966 | MORTGAGE | 6 | LIVERSKY, PHILIP TR | AMERICAN SAVINGS BANK | | X | | 0 |