# Exhibit 2

**358 BROADWAY LLC**

RENT ROLL REPORT

59 FRANKLIN

| UNIT | TENANT | BASE RENT | EXPIRATION | HAVE LEASE | TYPE |
|---|---|---|---|---|---|
| B 1 | WORLD BEAUTY NEW | 1,350.61 | 8/31/09 | | C |
| B 2 | ACG | 1,311.00 | | N O | C |
| B 4 | GIGANTIC ART SPACE | 583.00 | 12/31/12 | | C |
| B 5 | ORLY EVEN | 947.00 | 5/31/04 | NO | C |
| B 6 | ART START | 600.00 | 1/31/06 | NO | C |
| B 7 | WENDY NGUYEN | 470.00 | 7/31/04 | NO | C |
| B 8 | B. VALENTA | 738.00 | 5/31/05 | NO | C |
| B 9 | ACG | 772.00 | | NO | C |
| B10 | ACG | 1,000.00 | | NO | C |
| **STORES** | | | | | |
| A | ACG | 2,652.00 | | NO | C |
| B | GIGANTIC BRAND | 3,076.00 | 12/31/12 | | C |
| C | S. MATATOV | 2,025.00 | 4/31/10 | | C |
| D | GIGANTIC ARTSPACE | 3,277.00 | 12/31/12 | | C |
| **STUDIOS** | | | | | |
| 1 | ACG | 400.00 | | NO | C |
| 2 | EDUARDO FAUSTI | 447.00 | 11/14/06 | NO | C |
| 3 | BEN-AMOTZ | 500.00 | 1/14/04 | NO | C |
| 4 | ACG | 460.72 | | NO | C |
| 5 | NIGEL PARRY | 454.00 | 9/30/05 | NO | C |
| 6 | RI VAN NGUYEN | 535.00 | 1/31/04 | NO | C |
| 7 | GIGANTIC ART SPACE | 424.36 | 8/31/04 | NO | C |
| 7a | ACG | 520.00 | | NO | C |
| 8 | ACG | 572.00 | | NO | C |
| | **2ND FL** | | | | |
| 201 | FRED JORIO | 1,064.00 | 9/30/11 | | C |
| 202 | ACG | 1,081.60 | | NO | C |
| 203 | ACG | 917.28 | | NO | C |
| 205/207 | P. WEISEL | 1,088.00 | 5/31/04 | NO | C |
| 208 | ACG | 1,335.36 | | NO | C |
| 210 | GIGAN. ART SPACE | 1,273.00 | 12/31/12 | | C |
| 212 | ACG | 1,337.44 | | NO | C |
| 214 | PARRY/DUNEA | 1,287.00 | 9/30/06 | NO | C |

**59 FRANKLIN**

| UNIT | TENANT | BASE RENT | EXPIRATION | | |
|---|---|---|---|---|---|
| | 3RD FL | | | | |
| 301 | JANE CREECH | 1,362.22 | 1/31/09 | | RS |
| 302 | NINA CONOLLY | 1,159.45 | 1/31/09 | | RS |
| 303 | WILLIAMS | 909.35 | 1/31/09 | | RS |
| 306 | BURKEY/LYNN | 4,725.00 | 1/14/08 | | RFV |
| | 4TH FL | | | | |
| 401 | GIGANTIC MUSIC | 2,250.81 | 12/31/12 | | C |
| 403 | GIGANTIC MUSIC | 2,573.00 | 12/31/12 | | C |
| 402 | GIGANTIC MUSIC | 3,323.73 | 12/31/12 | | C |
| 404 | MARK DANN | 3,487.00 | 4/14/10 | | C |
| | 5TH FL | | | | |
| 4A | LARRY CAMP | 963.66 | 1/31/09 | | RS |
| 5R | OXER TECH. | 4,835.00 | 7/31/05 | NO | RS |
| 5A | JULIA HEYWARD | 803.77 | 1/31/09 | | RS |
| | 6TH FL | | | | |
| 6B | E-COMMERCE | 4,698.75 | 11/30/13 | | C |
| 6C | JOHN NEWMAN | 880.07 | 1/31/09 | | RS |

**358 BROADWAY**

| UNIT | TENANT | BASE RENT | EXPIRATION | | |
|---|---|---|---|---|---|
| STORE | RJH FASHION CORP. | 9,300.00 | 9/30/10 | | C |
| 2ND FL | BEN SCHNEEBERG | 1,066.41 | 3/31/09 | | RS |
| 3RD FL | ASHLEY GRANATA | 1,075.00 | | NO | RFV |
| | DEVA GINSBERG | 1,075.00 | | NO | RFV |
| 4TH FL | ERICA BECKMAN | 788.48 | 1/31/09 | | RS |
| 5TH FL | | | | | |
| 6D | OSSI | 2,500.00 | | NO | RFV |
| 6A | BENJI LARICO | 880.02 | 1/31/09 | | |

C   COMMERCIAL
RFV  RESIDENTIAL FAIR MKT VALUE
RS   RESIDENTIAL RENT STABALIZED