# Exhibit 5

B 307—Thirty Days Notice Terminating Monthly
Tenancy or Tenancy from Month to Month; 3-82
(In N.Y.C. serve in same manner as a Notice of Petition)

© 1976 BY JULIUS BLUMBERG, INC., PUBLISHER
62 WHITE STREET, NEW YORK, N.Y. 10013

May 15, 2007

Re: Premises:
All rooms third floor _____ side Apt. No. 3A
at 358 Broadway, New York, New York 10013
used for ☐ Business ☒ Dwelling purposes.

TO:

| Tenant | and, Undertenant* |
|---|---|
| Ashley Granata | Jane Doe |
| 358 Broadway, Apartment 3A | 358 Broadway, Apartment 3A |
| New York, New York | New York, New York 10013 |

*First name of Tenant and/or Undertenant being fictitious and unknown to petitioner, person intended being in possession of the premises herein described

or assigns, and every person in possession of the premises.

You are hereby notified that the Landlord elects to terminate your tenancy of the above described premises now held by you under monthly hiring. Unless you remove from the said premises on June 30, 2007 , the day on which your term expires, the Landlord will commence summary proceedings under the Statute to remove you from said premises for the holding over after the expiration of your term and will demand the value of your use and occupancy of the premises during such holding over.

Dated: New York, New York
May 15, 2007

358 BROADWAY LLC ..............Landlord

By: _____ Agent

7 Penn Plaza, Suite 222 ..............Address
New York, New York 10001

* Use window envelope if mailed to tenant.
Use ordinary envelope if mailed to undertenant.

May 15, 2007

Re: Premises:
    All   rooms   third  floor    side  Apt. No. 3A
at 358 Broadway, New York, New York 10013
used for  ☐ Business  ☒ Dwelling purposes.

TO:

| Tenant | and, Undertenant* |
|---|---|
| Deva Ginsberg | Jane Doe |
| 358 Broadway, Apartment 3A | 358 Broadway, Apartment 3A |
| New York, New York | New York, New York 10013 |

*First name of Tenant and/or Undertenant being fictitious and unknown to petitioner, person intended being in possession of the premises herein described

or assigns, and every person in possession of the premises.

You are hereby notified that the Landlord elects to terminate your tenancy of the above described premises now held by you under monthly hiring. Unless you remove from the said premises on June 30, 2007, the day on which your term expires, the Landlord will commence summary proceedings under the Statute to remove you from said premises for the holding over after the expiration of your term and will demand the value of your use and occupancy of the premises during such holding over.

Dated: New York, New York
       May 15, 2007

358 BROADWAY LLC ............................................. Landlord

By: _____ Agent

7 Penn Plaza, Suite 222 ............................. Address
New York, New York 10001

* Use window envelope if mailed to tenant.
  Use ordinary envelope if mailed to undertenant.

Form 14 - L&T CONSPICUOUS PLACE SERVICE / MAILING

BRILL & MEISEL, ESQS.
ATTN:

COURT      COUNTY

358 BROADWAY LLC.

- against -

ASHLEY GRANATA
JANE DOE



STATE OF NEW YORK, COUNTY OF
HARRY TORRES      being duly sworn, d
to this proceeding, is over 18 years of
The property sought to be recovered is
358 BROADWAY, APT.3A
NEW YORK, NY 10013
On the 31st day of May, 2007 at 07:04 AM deponent served the within
THIRTY DAY NOTICE
upon said respondent(s) to wit: ASHLEY GRANATA
JANE DOE
after prior attempt was made on 05/30/2007 12:39 PM 05/31/2007 07:04 AM / /
by affixing a true copy thereof for each respondent upon a conspicuous part, to wit: the
entrance door to said property. On all occasions deponent was unable to gain admittance
thereat or to find a person of suitable age and discretion willing to receive same.
Sworn to before me this
1st   day of   June, 2007tm

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

HARRY TORRES / 0915257
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 5BM39623

---

STATE OF NEW YORK, COUNTY OF NEW YORK
JOEL GOLUB    being duly sworn, deposes and says that deponent is not a party
to this action, is over 18 years of age and resides in the State of New York.
   That on the 31st day of May, 2007 deponent mailed other true copies thereof
for each respondent enclosed in a postpaid properly addressed wrapper to respondent(s)
at the property sought to be recovered which is respondent's residence or corporate respondents
principal place of business by certified mail and by prepaid regular first class mail, and

by depositing the same in a Post Office mail depository at Church Street Station under
the exclusive care and custody of the United States Post Office Department within the
State, that being the last-known address of the respondent(s) as to which the petitioner
had written information or notice in writing.
Sworn to before me this
1st   day of   June 2007tm

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB  701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 5BM39623

Form 14 - L&T CONSPICUOUS PLACE SERVICE /

BRILL & MEISEL, ESQ
ATTN:
COURT                COUNTY

-----------------------------------

358 BROADWAY LLC.

             - against -

DEVA GINSBERG, JANE DOE

-----------------------------------



CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL
Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)

49 /BM
DEVA GINSBERG,
358 BROADWAY, APT.3A
NEW YORK, NY 10013

PS Form 3800, June 2002    See Reverse for Instructions

06/30/2007

STATE OF NEW YORK, COUNTY OF NEW YORK
HARRY TORRES    being duly sworn, ... party
to this proceeding, is over 18 years ... k.
The property sought to be recovered ...
358 BROADWAY, APT.3A
NEW YORK, NY 10013
    On the 31st day of May, 2007 at 07:04 AM deponent served the within
THIRTY DAY NOTICE
upon said respondent(s) to wit: DEVA GINSBERG, JANE DOE
                        05/30/2007 12:39 PM    05/31/2007 07:04 AM    / /
after prior attempt was made on by affixing a true copy thereof for each respondent upon a conspicuous part, to wit: the entrance door to said property. On all occasions deponent was unable to gain admittance thereat or to find a person of suitable age and discretion willing to receive same.
Sworn to before me this
1st day of June, 2007tm

KENNETH WISSNER
Notary Public, State of New York
  No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

HARRY TORRES   0915257
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 5BM39619

-----------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK
JOEL GOLUB    being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.
    That on the 31st day of May, 2007 deponent mailed other true copies thereof for each respondent enclosed in a postpaid properly addressed wrapper to respondent(s) at the property sought to be recovered which is respondent's residence or corporate respondents principal place of business by certified mail and by prepaid regular first class mail, and
by depositing the same in a Post Office mail depository at Church Street Station under the exclusive care and custody of the United States Post Office Department within the State, that being the last-known address of the respondent(s) as to which the petitioner had written information or notice in writing.
Sworn to before me this
1st day of June 2007tm

KENNETH WISSNER
Notary Public, State of New York
  No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB    701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 5BM39619