08/16/2007 11:38    2124866587    @002/003

McMAHON, S.



RECEIVED AUG 16 2007 CHAMBERS OF COLLEEN McMAHON



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

ASHLEY GRANATA and
AUTUMN DEVA GINSBURG

   Docket #: #: 07-CV-5830 (CM)

            Plaintiffs,

      v.                                  STIPULATION OF
                                          DISCONTINUANCE WITH
                                          PREJUDICE
JERRY JACOBS, ALAN ROSEN,
358 BROADWAY LLC &
358 BROADWAY REALTY

            Defendants.
----------------------------------------X

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the plaintiffs ASHLEY GRANATA and AUTUMN DEVA GINSBURG and the defendants JERRY JACOBS, ALAN ROSEN, 358 BROADWAY LLC & 358 BROADWAY REALTY in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and not a party with an interest in the subject matter of this action, the above-entitled action as well as all counter-claims be and the same are hereby discontinued with prejudice without costs to either party as against the other and with each side bearing its own attorneys fees. This Stipulation may be filed without notice with the Clerk of the Court.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be signed in counterparts and a facsimile signature is deemed as original for all purposes.

Dated:  August 10, 2007
New York, New York

BRILL & MEISEL

_____
Mark N. Axinn, Esq.
Attorneys for Defendants
Jerry Jacobs, Alan Rosen and
358 Broadway, LLC
845 Third Avenue, 16th Floor
New York, NY 10022

NELSON LEVINE de LUCA & HORST

_____
George J. Martin, Esq.
Attorneys for Plaintiffs
Ashley Gennata and
Aunson Deva Ginsburg
120 Broadway, Suite 955
New York, NY 10271

BORAH GOLDSTEIN ALTSCHULER NAHINS & GOIDEL, P.C.

_____
David R. Brody, Esq.
Attorneys for Defendant
358 Broadway Realty, LLC
377 Broadway, 6th Floor
New York, NY 10013

SO ORDERED: 8/23/07

_____
Judge